MAR 17 2026 PM 12:31
FILED - USDC - FLMD - TPA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JEREMIAH VERNON WEBB,

Plaintiff,

v.                                                    Case No. 8:25-cv-01990-SDM-LSG

FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES;

DAVID BOOKER; DEKESHA J. BATTIESTE; TONGE JOHNSON;

and JOHN and JANE DOES,

Defendants.

---

# PLAINTIFF'S SWORN AFFIDAVIT AND DECLARATION OF FINANCIAL INABILITY TO PREPAY FEES

I, Jeremiah Vernon Webb, being duly sworn, state the following:

1. I am the Plaintiff in this action and make this sworn affidavit based on my personal knowledge.

2. I previously filed an application to proceed in forma pauperis in this case.

3. The Report and Recommendation issued in this matter states that a litigant seeking to proceed without prepaying the filing fee must submit a sworn affidavit demonstrating that the person is unable to pay such fees.

4. I submit this sworn affidavit to confirm under oath that I am financially unable to prepay the filing fee and costs associated with this action.

5. I do not have sufficient available income, cash, or liquid assets to prepay the filing fee without substantial hardship.

6. Paying the filing fee would impair my ability to meet necessary living expenses, including housing, food, transportation, and other basic obligations.

7. The financial information previously submitted to the Court in support of my motion to proceed in forma pauperis was true and correct to the best of my knowledge when filed.

8. My financial condition remains materially the same, and I remain unable to prepay the filing fee required to proceed with this case.

9. This affidavit is submitted in good faith and for the purpose of satisfying the Court's requirement that a litigant proceeding under 28 U.S.C. §1915 provide a sworn statement of financial inability.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Executed on _MARCH 17th_, 2026.

JEREMIAH VERNON WEBB
Plaintiff, pro se
11121 Lost Creek Terr 101
Bradenton, FL 34211
801-755-9600
jeremiah@shoponfire.com