UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEREMIAH VERNON WEBB,

    Plaintiff,

v.                               CASE NO. 8:25-cv-01990-SDM-LSG

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILITES,
et al.,

    Defendants.

_____/

### ORDER

Appearing *pro se*, Jeremiah Webb asserts (1) a claim under 42 U.S.C. § 1983 for violation of the Fourth and Fourteenth Amendments to the United States Constitution and (2) a claim under Florida law for intentional interference with custodial rights. Webb moves (Doc. 2) to proceed *in forma pauperis*. In a thorough and well-reasoned report (Doc. 10) Magistrate Judge Lindsay S. Griffin recommends denying the motion and dismissing the amended complaint without leave to amend. Webb objects (Doc. 11) to the report and recommendation and moves (Doc. 12) for leave to amend the complaint.

A *de novo* review of the report reveals no error. Webb's objections (Doc. 11) are **OVERRULED**. The magistrate's recommendation is **ADOPTED**. For the reasons stated in the report, the motion (Doc. 2) to proceed *in forma pauperis* is **DENIED**

and the amended complaint (Doc. 6) is **DISMISSED** without leave to amend.  The

motion (Doc. 12) for leave to amend the complaint is **DENIED AS MOOT**.  The

clerk must terminate any pending motion and close the case.

ORDERED in Tampa, Florida, on April 15, 2026.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE