APR 21 2026 PM 1:25
FILED - USDC - FLMD - TPA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEREMIAH VERNON WEBB,

Plaintiff,

v.

Case No. 8:25-cv-01990-SDM-LSG

FLORIDA DEPARTMENT OF

CHILDREN AND FAMILIES, et al.,

Defendants.

---

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Jeremiah Vernon Webb, appeals to the United States Court of Appeals for the Eleventh Circuit from the final Order entered on April 15, 2026, adopting the Report and Recommendation, denying Plaintiff's motion to proceed in forma pauperis, dismissing the amended complaint without leave to amend, denying Plaintiff's motion for leave to amend as moot, and closing the case.

Plaintiff also appeals all prior interlocutory orders and rulings that merged into the final judgment.

Date: 4/21/26


I.F.P

**JEREMIAH VERNON WEBB**
Appellant, pro se
11121 Lost Creek Terr 101
Bradenton, FL 34211
801-755-9600
jeremiah@shoponfire.com

## CERTIFICATE OF SERVICE

I certify that on April __, 2026, I filed this Notice of Appeal with the Clerk of Court. No defendant or counsel of record has appeared in this action for service by me.

**JEREMIAH VERNON WEBB**
Appellant, pro se
11121 Lost Creek Terr 101
Bradenton, FL 34211
801-755-9600
jeremiah@shoponfire.com