APR 21 2026 PM1:24
FILED - USDC - FLMD - TPA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEREMIAH VERNON WEBB,

  Plaintiff,

v.                                                    Case No. 8:25-cv-01990-SDM-LSG

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES, et al.,

  Defendants.

---

## PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL

Plaintiff, Jeremiah Vernon Webb, proceeding pro se, moves under Federal Rule of Appellate Procedure 24(a)(1) and 28 U.S.C. § 1915(a) for leave to proceed in forma pauperis on appeal, and states:

1. On April 15, 2026, this Court entered a final order adopting the report and recommendation, denying Plaintiff's motion to proceed in forma pauperis, dismissing the amended complaint without leave to amend, denying Plaintiff's motion for leave to amend as moot, and closing the case.

2. Plaintiff has filed, or is contemporaneously filing, a notice of appeal from that final order.

3. Plaintiff is unable to pay the appellate filing fee and other costs of appeal or to give security therefore. Plaintiff submits with this motion the affidavit required by Federal Rule of Appellate Procedure 24(a)(1) and 28 U.S.C. § 1915(a), setting out his inability to pay, his claim of entitlement to redress, and the issues he intends to present on appeal.

4. Plaintiff claims an entitlement to redress on appeal because the appeal presents nonfrivolous issues regarding the dismissal of this action and the denial of leave to amend.

5. The appeal is taken in good faith and presents nonfrivolous grounds for appellate review, including whether the district court erred in:

> a. dismissing the action on claim-splitting grounds despite Plaintiff's proposed Second Amended Complaint narrowing the case to individual-capacity § 1983 claims and alleging distinct later conduct;

> b. abstaining under domestic-relations and Younger principles where the proposed Second Amended Complaint sought only damages and expressly disclaimed any request to modify custody, alter timesharing, review the merits of a state domestic-relations order, or act as an appellate court over any state-court judgment;

> c. treating Eleventh Amendment immunity as dispositive after the proposed Second Amended Complaint removed DCF and asserted claims only against individual defendants in their personal capacities;

> d. concluding that the proposed Second Amended Complaint failed to state plausible claims for procedural due process, substantive due

process, First Amendment retaliation, and stigma-plus under 42 U.S.C. § 1983; and

e. denying leave to amend as moot after adopting the report and recommendation.

6. Plaintiff respectfully submits that the appeal is neither frivolous nor taken for delay, but is taken in good faith to obtain appellate review of the final judgment.

WHEREFORE, Plaintiff respectfully requests leave to proceed in forma pauperis on appeal. If the motion is denied, Plaintiff respectfully requests that the Court state its reasons in writing.

Date: ___4/21/26___

Respectfully submitted,

**JEREMIAH VERNON WEBB**
Appellant, pro se
11121 Lost Creek Terr 101
Bradenton, FL 34211
801-755-9600
jeremiah@shoponfire.com

## CERTIFICATE OF SERVICE

I certify that on ___4/21/26___, I served a copy of the foregoing by [mail / CM-ECF / other method] on all parties or counsel of record.

**JEREMIAH VERNON WEBB**
Appellant, pro se
11121 Lost Creek Terr 101
Bradenton, FL 34211
801-755-9600
jeremiah@shoponfire.com

**Exhibit A – Supplemental Declaration**

**Exhibit B – Doc. 13 Affidavit**

F I L E D

4/21/26          1:24 PM

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEREMIAH VERNON WEBB,

Plaintiff,

v.                                    Case No. 8:25-cv-01990-SDM-LSG

FLORIDA DEPARTMENT OF

CHILDREN AND FAMILIES, et al.,

Defendants.

---

## SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL

I, Jeremiah Vernon Webb, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the Plaintiff in this action and make this declaration based on personal knowledge.

2. I previously filed a sworn affidavit and declaration of financial inability to prepay fees in this case as Document 13.

3. The financial information previously provided by me to this Court remains true and materially unchanged to the best of my knowledge.

4. I remain unable to pay the appellate filing fee and other costs of appeal without substantial hardship.

5. Paying the appellate filing fee would impair my ability to meet necessary living expenses, including housing, food, transportation, and other basic obligations.

6. I seek appellate review of the final Order entered on April 15, 2026, adopting the Report and Recommendation, denying leave to proceed in forma pauperis, dismissing the amended complaint without leave to amend, denying the motion for leave to amend as moot, and closing the case.

7. My appeal is taken in good faith and is not taken for delay.

8. The issues I intend to present on appeal are the issues stated in my Motion to Proceed In Forma Pauperis on Appeal, which I incorporate here by reference.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____4/21/26_____, 2026.

_____
**JEREMIAH VERNON WEBB**
Appellant, pro se
11121 Lost Creek Terr 101
Bradenton, FL 34211
801-755-9600
jeremiah@shoponfire.com

MAR 17 2026 PM 12:31
FILED - USDC - FLMD - TPA

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JEREMIAH VERNON WEBB,

Plaintiff,

v.                                                Case No. 8:25-cv-01990-SDM-LSG

FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES;

DAVID BOOKER; DEKESHA J. BATTIESTE; TONGE JOHNSON;

and JOHN and JANE DOES,

Defendants.

---

# PLAINTIFF'S SWORN AFFIDAVIT AND DECLARATION OF FINANCIAL INABILITY TO PREPAY FEES

I, Jeremiah Vernon Webb, being duly sworn, state the following:

1. I am the Plaintiff in this action and make this sworn affidavit based on my personal knowledge.

2. I previously filed an application to proceed in forma pauperis in this case.

3. The Report and Recommendation issued in this matter states that a litigant seeking to proceed without prepaying the filing fee must submit a sworn affidavit demonstrating that the person is unable to pay such fees.

4. I submit this sworn affidavit to confirm under oath that I am financially unable to prepay the filing fee and costs associated with this action.

5. I do not have sufficient available income, cash, or liquid assets to prepay the filing fee without substantial hardship.

6. Paying the filing fee would impair my ability to meet necessary living expenses, including housing, food, transportation, and other basic obligations.

7. The financial information previously submitted to the Court in support of my motion to proceed in forma pauperis was true and correct to the best of my knowledge when filed.

8. My financial condition remains materially the same, and I remain unable to prepay the filing fee required to proceed with this case.

9. This affidavit is submitted in good faith and for the purpose of satisfying the Court's requirement that a litigant proceeding under 28 U.S.C. §1915 provide a sworn statement of financial inability.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Executed on _MARCH 17th_, 2026.

_____
JEREMIAH VERNON WEBB
Plaintiff, pro se
11121 Lost Creek Terr 101
Bradenton, FL 34211
801-755-9600
jeremiah@shoponfire.com

2 of 2