APPEAL,CLOSED,STAYED

# U.S. District Court
# Middle District of Florida (Tampa)
# CIVIL DOCKET FOR CASE #: <u>8:25−cv−01990−SDM−LSG</u>

Webb v. Florida Department of Children and Families (DCF) et al

Assigned to: Judge Steven D. Merryday

Referred to: Magistrate Judge Lindsay S. Griffin

Cause: 42:1983 Prisoner Civil Rights

Date Filed: 07/28/2025

Date Terminated: 04/15/2026

Jury Demand: Plaintiff

Nature of Suit: 440 Civil Rights: Other

Jurisdiction: Federal Question

**Plaintiff**

**Jeremiah Vernon Webb**
*Individually and as next friend of B.A.W., a minor*

represented by **Jeremiah Vernon Webb**
11121 Lost Creek Terr
Suite 101
Lakewood Ranch, FL 34211
801−755−9600
Email: <u>jeremiah@shoponfire.com</u>
PRO SE

V.

**Defendant**

**Florida Department of Children and Families (DCF)**

**Defendant**

**David Booker**
*in his individual and official capacity as a DCF Investigator*

**Defendant**

**Dekesha Battieste**
*in her individual and official capacity as a DCF Operations and Management Consultant II*

**Defendant**

**Deadra Supervisor**
*in her individual and official capacity as a DCF Supervisor*
*TERMINATED: 10/29/2025*

**Defendant**

**Sarasota County**
*as the entity responsible for DCF operations in Sarasota*
*TERMINATED: 10/29/2025*

1

**Defendant**

**Jennifer Fulvia Meister**
*in her individual and official capacity as*
*former DCF General Counsel and*
*attorney for Ligia Cervera n/k/a Hall*
*TERMINATED: 10/29/2025*

**Defendant**

**Principal Amy Yager**
*in her individual and official capacity as*
*Principal of Incarnation Catholic School*
*TERMINATED: 10/29/2025*

**Defendant**

**Diocese of Venice in Florida**
*as operator of Incarnation Catholic*
*School*
*TERMINATED: 10/29/2025*

**Defendant**

**Incarnation Parish in Sarasota, Inc.**
*as operator of Incarnation Catholic*
*School*
*TERMINATED: 10/29/2025*

**Defendant**

**Detective Lenishia Twenty**
*In her Individual Capacity and Official*
*Capacity*
*TERMINATED: 10/29/2025*

**Defendant**

**Sergeant Jason Smith**
*In his Individual Capacity and Official*
*Capacity*
*TERMINATED: 10/29/2025*

**Defendant**

**Lieutenant Mariah Piper**
*In her Individual Capacity and Official*
*Capacity*
*TERMINATED: 10/29/2025*

**Defendant**

**Officer Cliff Cespedes**
*In his Individual Capacity and Official*
*Capacity*
*TERMINATED: 10/29/2025*

**Defendant**

**Sarasota County Sheriff's Office**
*TERMINATED: 10/29/2025*

**Defendant**

**John Does 1–99**
*unknown DCF employees, school staff,*
*law enforcement officers or others*
*involved in the misconduct*

**Defendant**

**Jane Does 1–99**
*unknown DCF employees, school staff,*
*law enforcement officers or others*
*involved in the misconduct*

**Defendant**

**Tonge Johnson**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/28/2025 | 1 | COMPLAINT against Dekesha Battieste, David Booker, Cliff Cespedes, Deadra Supervisor, Diocese of Venice in Florida, Jane Does 1–99, John Does 1–99, Florida Department of Children and Families (DCF), Incarnation Parish in Sarasota, Inc., Jennifer Fulvia Meister, Mariah Piper, Sarasota County, Sarasota County Sheriff's Office, Jason Smith, Lenishia Twenty, Amy Yager with Jury Demand filed by Jeremiah Vernon Webb. (e–portal) (Attachments: # 1 Civil Cover Sheet) (JKB) (Entered: 07/29/2025) |
| 07/28/2025 | 2 | MOTION to Proceed In Forma Pauperis by Jeremiah Vernon Webb. (e–portal) (JKB) Motions referred to Magistrate Judge Lindsay S. Griffin. (Entered: 07/29/2025) |
| 07/31/2025 | 3 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by Jeremiah Vernon Webb. (e–portal) (JKB) (Entered: 07/31/2025) |
| 07/31/2025 | 4 | NOTICE of a related action per Local Rule 1.07(c) by Jeremiah Vernon Webb. Related case(s): Yes. (e–portal) (JKB) (Entered: 07/31/2025) |
| 07/31/2025 | 5 | PROPOSED summons to be issued by Jeremiah Vernon Webb. (eportal) (MCB) (Entered: 08/01/2025) |
| 10/29/2025 | 6 | FIRST AMENDED COMPLAINT against Dekesha Battieste, David Booker, Jane Does 1–99, John Does 1–99, Florida Department of Children and Families (DCF), Tonge Johnson with Jury Demand. Terminating Diocese of Venice in Florida (as operator of Incarnation Catholic School ), Incarnation Parish in Sarasota, Inc. (as operator of Incarnation Catholic School), Jennifer Fulvia Meister (in her individual and official capacity as former DCF General Counsel and attorney for Ligia Cervera n/k/a Hall), Mariah Piper (In her Individual Capacity and Official Capacity ), Sarasota County (as the entity responsible for DCF operations in Sarasota), Sarasota County Sheriff's Office, Jason Smith (In his Individual Capacity and Official Capacity ), Lenishia Twenty (In her Individual Capacity and Official Capacity ), Amy Yager (in |

3

| | | |
|---|---|---|
| | | her individual and official capacity as Principal of Incarnation Catholic School), Cliff Cespedes (In his Individual Capacity and Official Capacity ) and Deadra Supervisor (in her individual and official capacity as a DCF Supervisor) filed by Jeremiah Vernon Webb. (Attachments: # 1 Civil Cover Sheet, # 2 Mailing Envelope)(AW) Modified text on 10/30/2025 (AW). (Entered: 10/30/2025) |
| 10/29/2025 | 7 | NOTICE of filing First amended Complaint for Damages by Jeremiah Vernon Webb re 6 Amended Complaint (Attachments: # 1 Mailing Envelope)(AW) (Entered: 10/30/2025) |
| 10/29/2025 | 8 | MOTION for Leave to file electronically (CM/ECF Access), by Jeremiah Vernon Webb. (Attachments: # 1 Mailing Envelope)(AW) (Entered: 10/30/2025) |
| 11/03/2025 | 9 | **ENDORSED ORDER on the pro se plaintiff's motion, Doc. 8, for CM/ECF e–filing privileges. The plaintiff's motion is DENIED–IN–PART because he fails to identify extenuating circumstances warranting CM/ECF access. The motion is GRANTED–IN–PART to the extent that the plaintiff will receive electronic notice of CM/ECF filings. The Clerk is directed to add the plaintiff's e–mail address to the docket (jeremiah@shoponfire.com) and to send notices of electronic filing to this e–mail address. Because the plaintiff requests to receive notice of filings by e–mail, the Clerk's office will no longer mail paper copies. Each notice of electronic filing will contain a hyperlink that allow a litigant to view the document for the first time for free. The hyperlink expires after the earlier of two events: the first use or fifteen days after the notice is e–mailed. An individual must access PACER to view a document after the hyperlink has expired and must continue to file papers in person or by mail. The "Guide for Proceeding Without a Lawyer" on the court's web site provides instructions on how to register for PACER. Signed by Magistrate Judge Lindsay S. Griffin on 11/3/2025. (NGB)** (Entered: 11/03/2025) |
| 03/13/2026 | 10 | **REPORT AND RECOMMENDATION: recommending that the District Court deny the motion to proceed in forma pauperis, Doc. 2; dismiss the amended complaint without leave to amend, Doc. 6; terminate any pending motion; and close the case. Signed by Magistrate Judge Lindsay S. Griffin on 3/13/2026. (NGB)** (Entered: 03/13/2026) |
| 03/17/2026 | 11 | OBJECTION to 10 Report and Recommendations by Jeremiah Vernon Webb. (LSS) (Entered: 03/18/2026) |
| 03/17/2026 | 12 | MOTION to Amend 6 Amended Complaint by Jeremiah Vernon Webb. (Attachments: # 1 Second Amended Complaint)(LSS) (Entered: 03/18/2026) |
| 03/17/2026 | 13 | SWORN AFFIDAVIT and Declaration of Financial Inability to Prepay Fees of Jeremiah Vernon Webb by Jeremiah Vernon Webb. (LSS) (Entered: 03/18/2026) |
| 04/15/2026 | 14 | **ORDER adopting the report (Doc. 10) and recommendation; denying the motion (Doc. 2) to proceed in forma pauperis; denying as moot the motion (Doc. 12) for leave to amend the complaint. Signed by Judge Steven D. Merryday on 4/15/2026. (CJO)** (Entered: 04/15/2026) |
| 04/16/2026 | 15 | NOTICE of Local Rule 1.11(e), which provides that, unless an order states another time, a seal under Rule 1.11 expires ninety days after a case is closed and all appeals are exhausted. To prevent the content of a sealed item from appearing on the docket after the seal expires, a party or interested non–party must move for relief before the seal expires. (Signed by Deputy Clerk). (JOS) (Entered: 04/16/2026) |

| 04/21/2026 | 16 | NOTICE OF APPEAL as to 14 Order on Motion to Proceed In Forma Pauperis Order on Report and Recommendations Order on Motion to Amend / Correct / Modify / Supplement, by Jeremiah Vernon Webb. Filing fee not paid. ***Case Stayed. (LSS) (Entered: 04/23/2026) |
|---|---|---|
| 04/21/2026 | 17 | MOTION to Appeal In Forma Pauperis by Jeremiah Vernon Webb. (LSS) (Entered: 04/23/2026) |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEREMIAH VERNON WEBB,

     Plaintiff,

v.                                                                                CASE NO. 8:25-cv-01990-SDM-LSG

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILITES,
et al.,

     Defendants.

_____/

## **ORDER**

Appearing *pro se*, Jeremiah Webb asserts (1) a claim under 42 U.S.C. § 1983 for violation of the Fourth and Fourteenth Amendments to the United States Constitution and (2) a claim under Florida law for intentional interference with custodial rights.  Webb moves (Doc. 2) to proceed *in forma pauperis*.  In a thorough and well-reasoned report (Doc. 10) Magistrate Judge Lindsay S. Griffin recommends denying the motion and dismissing the amended complaint without leave to amend.  Webb objects (Doc. 11) to the report and recommendation and moves (Doc. 12) for leave to amend the complaint.

A *de novo* review of the report reveals no error.  Webb's objections (Doc. 11) are **OVERRULED**.  The magistrate's recommendation is **ADOPTED**.  For the reasons stated in the report, the motion (Doc. 2) to proceed *in forma pauperis* is **DENIED**

and the amended complaint (Doc. 6) is **DISMISSED** without leave to amend.  The motion (Doc. 12) for leave to amend the complaint is **DENIED AS MOOT**.  The clerk must terminate any pending motion and close the case.

ORDERED in Tampa, Florida, on April 15, 2026.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

APR 21 2026 PM1:25
FILED - USDC - FLMD - TPA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

JEREMIAH VERNON WEBB,

Plaintiff,

v.                                          Case No. 8:25-cv-01990-SDM-LSG

FLORIDA DEPARTMENT OF

CHILDREN AND FAMILIES, et al.,

Defendants.

---

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Jeremiah Vernon Webb, appeals to the United States Court of Appeals for the Eleventh Circuit from the final Order entered on April 15, 2026, adopting the Report and Recommendation, denying Plaintiff's motion to proceed in forma pauperis, dismissing the amended complaint without leave to amend, denying Plaintiff's motion for leave to amend as moot, and closing the case.

Plaintiff also appeals all prior interlocutory orders and rulings that merged into the final judgment.

Date: ___4/21/26___

1 of 2


I.F.P

8

JEREMIAH VERNON WEBB
Appellant, pro se
11121 Lost Creek Terr 101
Bradenton, FL 34211
801-755-9600
jeremiah@shoponfire.com

## CERTIFICATE OF SERVICE

I certify that on April __, 2026, I filed this Notice of Appeal with the Clerk of Court. No defendant or counsel of record has appeared in this action for service by me.

JEREMIAH VERNON WEBB
Appellant, pro se
11121 Lost Creek Terr 101
Bradenton, FL 34211
801-755-9600
jeremiah@shoponfire.com