UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEREMIAH VERNON WEBB,

Plaintiff,

MAY 11 2026 AM 9:04
FILED - USDC - FLMD - TPA

v.

Case No. 8:25-cv-01990-SDM-LSG

USCA11 Case No. 26-11374-B

FLORIDA DEPARTMENT OF CHILDREN
AND FAMILIES; DAVID BOOKER;
DEKESHA J. BATTIESTE; TONGE JOHNSON;
JOHN DOES 1-99; and JANE DOES 1-99,

Defendants-Appellees.

---

## APPELLANT'S CERTIFICATE THAT NO TRANSCRIPT WILL BE

## ORDERED

Plaintiff-Appellant, Jeremiah Vernon Webb, proceeding pro se, files this Certificate

pursuant to Federal Rule of Appellate Procedure 10(b), Eleventh Circuit Rule 10-1,

and the Eleventh Circuit's Civil Docketing Notice in USCA11 Case No.

26-11374-B. Appellant certifies that no transcript will be ordered for this appeal.

Page 1 of 3

This appeal arises from the district court's April 15, 2026 written order adopting the Report and Recommendation, denying Appellant's motion to proceed in forma pauperis, dismissing the amended complaint without leave to amend, denying Appellant's motion for leave to amend as moot, and closing the case.

Appellant does not presently know of any hearing or oral proceeding for which a transcript is necessary to decide the issues on appeal. The issues on appeal are expected to be resolved from the written record, including the pleadings, the Report and Recommendation, Appellant's objections, Appellant's motion for leave to amend, the proposed verified Second Amended Complaint, Appellant's sworn affidavit of financial inability, the district court's April 15, 2026 order, the Notice of Appeal, and related docket entries.

Accordingly, Appellant certifies that no transcript will be ordered.

Dated _____, 2026                    Respectfully submitted,

                                         _____
                                         By: JEREMIAH VERNON WEBB
                                         Plaintiff/Appellant/MBA, pro se
                                         11121 Lost Creek Terr 101
                                         Bradenton, FL 34211-
                                         801-755-9600
                                         jeremiah@shoponfire.com

## CERTIFICATE OF SERVICE

I certify that on _____, 2026, I filed the foregoing with the Clerk of

Court using the Court's CM/ECF system or other authorized filing method. To

the best of my knowledge, no defendant or counsel of record has appeared in

the district court action or in the appeal for service by Appellant. Appellant will

promptly serve any appearing counsel or party as directed by the Court or

required by the applicable rules.

By: JEREMIAH VERNON WEBB
Plaintiff/Appellant/MBA, pro se