UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEREMIAH VERNON WEBB,

     Plaintiff,

v.                                                                        CASE NO. 8:25-cv-01990-SDM-LSG

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES, et al.,

     Defendants.

_____/

### **ORDER**

Appearing *pro se*, Jeremiah Vernon Webb moves (Doc. 17) to appeal *in forma pauperis*. Under Rule 24, Federal Rules of Appellate Procedure, a party who appeals *in forma pauperis* must submit an affidavit that "shows in detail . . . the party's inability to pay or to give security for fees and costs" and that states "the issues that the party intends to present on appeal." The motion (Doc. 17) states the issues that Webb intends to present on appeal. In a supplemental declaration and an affidavit (Doc. 17, Exs. A and B), Webb states that the financial information contained in Webb's application to proceed before the district court *in forma pauperis* remains true and materially unchanged. In the application (Doc. 2), Webb reports an average monthly income of $1,500 and average monthly expenses totaling $3,350. Webb's application sufficiently shows Webb's inability to pay. The motion to appeal *in forma*

*pauperis* is **GRANTED**.

ORDERED in Tampa, Florida, on June 1, 2026.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE